*759 LE BLANC, Justice (concurring).
I concur. However I do not subscribe to some of the statements in the opinion from which it might be implied that a different standard of conduct is tolerated as between a married man and a married woman, depending on which of the two may be the guilty party in committing adultery.
Regardless of how society may look upon the fault of either, and regardless of whose sin may be the greater, we have to consider the matter, in cases of this kind, purely from the standpoint of what the law is and certainly Article 139 of the Revised Civil Code, which specifies adultery as one of two grounds only for obtaining an absolute divorce, makes no distinction between the husband and the wife with respect to which of the two is entitled to the divorce when the other has been found guilty of adultery.